UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSE CASTELLANOS,

                Plaintiff,

-against-

ELRAC INC., CEDRIC G. BARKSDALE,
APOSTOLES P. MANOLIS, and SPIROS
SYSTEMS 40, INC.,

                Defendants.
-------------------------------------------------------------X

JUDGMENT
07-CV-2191 (DLI)

A Memorandum and Order of Honorable Raymond J. Dearie, United States District Judge, having been filed on April 3, 2008, granting the government's motion to be substituted for defendant Barksdale; granting the government's motion to dismiss the action, with prejudice; and remanding the remainder of the case to New York State Supreme Court, Queens County for further proceedings; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the government's motion to be substituted for defendant Barksdale is granted; that the government's motion to dismiss the action is also granted, with prejudice; and the remainder of the case is remanded to New York State Supreme Court, Queens County for further proceedings.

Dated: Brooklyn, New York
       April 09, 2008

S/RCH

ROBERT C. HEINEMANN
Clerk of Court